**Electronically Filed
Supreme Court
SCWC-29570
10-JUL-2013
02:21 PM**

SCWC-29570

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GAIL MARTIN,
Petitioner/Plaintiff-Appellant-Cross-Appellee,

vs.

C. BREWER AND COMPANY, LTD., a Hawaii Corporation;
MAUNA KEA AGRIBUSINESS CO., INC., a Hawaii Corporation;
and LAWRENCE PATAO,
Respondents/Defendants-Appellees-Cross-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-29570; CIV. NO. 03-1-0186)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack JJ.)

Petitioner/Plaintiff-Appellant-Cross-Appellee Gail

Martin's application for writ of certiorari, filed June 4, 2013,

is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 10, 2013.

Mark K. Haugen
for petitioner

Stephen G. Dyer,
and Gary S. Miyamoto
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

